# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **TRENTON DAWKINS,** : | |
| : | |
| Plaintiff, : | Case No. 2:20-cv-5000 |
| : | |
| v. : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| : | |
| **COMMISSIONER OF SOCIAL** : | **MAGISTRATE JUDGE VASCURA** |
| **SECURITY,** : | |
| : | |
| Defendants. : | |

## OPINION & ORDER

On July 19, 2021, the United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 17), recommending that the Court overrule Plaintiff's Statement of Errors and affirm the Commissioner's non-disability determination. (ECF No. 17). The parties were specifically advised of their right to object to the Report and Recommendation within fourteen days and of the consequences of their failure to do so. No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed on August 2, 2021, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation and **AFFIRMS** the Commissioner's non-disability determination. This case is hereby **DISMISSED**.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED:** September 3, 2021